# Lavender *et al. v.* deGraffenried. *et al.*

APPEAL from Hale Circuit Court.
Heard before the Hon. JOHN MOORE.

W. F. HOGUE, for appellants.

THOS. E. KNIGHT for appellees.

This was an action brought by the appellees against the appellants, and counted upon a promissory note. From a judgment in favor of the plaintiff the defendant appeals.

Judgment is affirmed.

Opinion by HARALSON, J.